| | |
|---|---|
| 1 | Thomas M. Kerr (State Bar No. 241530) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
|   | Telephone:  (415) 268-2000 |
| 4 | Facsimile:   (415) 268-1999 |
|   | Email:        tom.kerr@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs |
|   | WARNER BROS. RECORDS INC.; VIRGIN |
| 7 | RECORDS AMERICA, INC.; MOTOWN |
|   | RECORD COMPANY, L.P.; UMG |
| 8 | RECORDINGS, INC.; ARISTA RECORDS |
|   | LLC; and SONY BMG MUSIC |
| 9 | ENTERTAINMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>          Plaintiffs,<br><br>   v.<br><br>KASEY HART,<br><br>          Defendant. | Case No.:  5:06-CV-04245 JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

1

1  Plaintiffs hereby request that the Court continue the case management conference currently set for October 13, 2006, at 10:30 a.m. sixty (60) days to December 15, 2006.  The clerk of this Court entered default against the defendant on September 21, 2006, and a case management conference is therefore unnecessary at this time.  Plaintiffs have informed defendant of the clerk's default.  Plaintiffs expect to file a motion for default judgment in the next sixty (60) days.

Dated:  October 2, 2006                      HOLME ROBERTS & OWEN LLP


By: _____
    Thomas M. Kerr
    Attorneys for Plaintiffs


**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the Case Management currently scheduled for October 13, 2006, at 10:30 a.m. is hereby continued to December 15, 2006.

Dated:  __10/6/06_____        By: _____
                                       Honorable Jeremy Fogel
                                       United States District Judge

2

*EX PARTE* APPLICATION
Case No. 5:06-CV-04245 JF
#25769 v1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On October 2, 2006, I served the foregoing documents described as:

*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Kasey Hart
> 7575 Batley Court
> Apt. 11
> Sebastopol, CA 95472

XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 2, 2006 at San Francisco, California.

                    /s/
                Molly Morris

PROOF OF SERVICE
Case No. 5:06-CV-04245 JF
#25769 v1