1  Thomas M. Kerr (State Bar No. 241530)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      tom.kerr@hro.com
5
   Attorneys for Plaintiffs
6  WARNER BROS. RECORDS INC.; VIRGIN
   RECORDS AMERICA, INC.; MOTOWN
7  RECORD COMPANY, L.P.; UMG
   RECORDINGS, INC.; ARISTA RECORDS
8  LLC; and SONY BMG MUSIC
   ENTERTAINMENT
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>                Plaintiffs,<br>        v.<br><br>KASEY HART,<br><br>                Defendant. | Case No. 5:06-CV-04245-JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

///
///
///
///

1

*EX PARTE* APPLICATION
CASE NO. 5:06-CV-04245-JF
#26969 v1

Plaintiffs hereby request that the Court vacate the case management conference currently set for December 15, 2006, at 10:30 a.m.. The clerk of this Court entered default against the Defendant on September 21, 2006, and a case management conference is therefore unnecessary at this time. Plaintiffs have informed Defendant of the clerk's default. Along with this application, Plaintiffs have filed a Notice of Motion and Motion for Default Judgment by the Court.

Dated: December 4, 2006          THOMAS M. KERR
                                 HOLME ROBERTS & OWEN LLP


                            By:      /s/ Thomas Kerr
                                 Thomas Kerr
                                 Attorney for Plaintiffs


### ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management currently scheduled for December 15, 2006, at 10:30 a.m. is hereby vacated. A further Case Management Conference is set for 2/9/07 at 10:30.

Dated: 12/7/06                   By: _____
                                 Honorable Jeremy Fogel
                                 United States District Judge

*EX PARTE* APPLICATION
CASE NO. 5:06-CV-04245-JF
#26969 v1