**E-filed 12/12/06**

Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br>v.<br><br>KASEY HART,<br><br>Defendant. | Case No. 5:06-CV-04245-JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE*** **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

///
///
///
///

1

*EX PARTE* APPLICATION
CASE NO. 5:06-CV-04245-JF
#26969 v1

1  Plaintiffs hereby request that the Court vacate the case management conference currently set
2  for December 15, 2006, at 10:30 a.m.. The clerk of this Court entered default against the Defendant
3  on September 21, 2006, and a case management conference is therefore unnecessary at this time.
4  Plaintiffs have informed Defendant of the clerk's default. Along with this application, Plaintiffs
5  have filed a Notice of Motion and Motion for Default Judgment by the Court.

7  Dated: December 4, 2006         THOMAS M. KERR
                                   HOLME ROBERTS & OWEN LLP

10           By: ___/s/ Thomas Kerr___
                 Thomas Kerr
                 Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management currently scheduled for December 15, 2006, at 10:30 a.m. is hereby ~~vacated~~. continued to February 23, 2007.

Dated: 12/11/06         By: _____
                             Honorable Jeremy Fogel
                             United States District Judge