**E-Filed 2/23/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., et al., | Case Number C 06-04245 JF |
| Plaintiffs, | ORDER[1] GRANTING MOTION FOR DEFAULT JUDGMENT |
| v. | [re: docket no. 18] |
| KASEY HART, | |
| Defendant. | |

Plaintiffs, a group of six recording companies, move for entry of default judgment against Defendant Casey Hart.[2] Plaintiffs filed the complaint in this action on July 11, 2006, alleging copyright infringement. Defendant was served on August 2, 2006. The clerk entered default against Defendant on September 21, 2006. On December 7, 2006, Plaintiffs moved for entry of default judgment and mailed a copy of their motion to Defendant. Defendant has not filed opposition to the motion. The Court heard oral argument on February 23, 2007, but Defendant did not appear.

---

[1] This disposition is not designated for publication and may not be cited.

[2] Plaintiffs state that their original spelling of Defendant's first name was incorrect.

Case No. C 06-04245 JF (RS)
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFLC1)

1   In light of Defendant's failure to appear in this action, the Court will grant Plaintiffs' motion for entry of default judgment.  The Court concludes that Plaintiffs are entitled to the following relief:

1.   Statutory damages of $4,500.00 pursuant to Section 504 of the Copyright Act.[3]

2.   Costs of $420.00 pursuant to Section 505 of the Copyright Act.

3.   The following injunction pursuant to Section 502 of the Copyright Act:

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

DATED: February 23, 2007.

_____
JEREMY FOGEL
United States District Judge

---

[3] 17 U.S.C. § 101 *et seq.*

| | |
|---|---|
| 1 | This Order has been served upon the following persons: |
| 2 | Thomas McCarten Kerr     tom.kerr@hro.com, molly.morris@hro.com, joel.rayala@hro.com, alice.tam@hro.com |
| 3 | |
| 4 | Notice will be delivered by other means to: |
| 5 | Kasey Hart<br>7575 Batley Court, Apt. 11<br>Sebastopol, CA 95472 |

3

Case No. C 06-04245 JF (RS)
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFLC1)