EJ-130

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number and address):*

Law Office of Steven A. Booska     File # 20080423

Steven A. Booska, SBN 107899
P.O. Box 194650
San Francisco, CA 94119
TELEPHONE NO.: (415) 397-4345          FAX NO: (415) 982-3440
E-MAIL ADDRESS: stevenb@booskalaw.com
ATTORNEY FOR *(Name): Plaintiff*

[x] ATTORNEY FOR    [x] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

*FOR COURT USE ONLY*

**U.S. DISTRICT COURT- NORTHERN DISTRICT**
STREET ADDRESS: 280 S. FIRST STREET RM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: SAN JOSE

PLAINTIFF: **RECORDING IND ASSOC OF AM**, et al.,

DEFENDANT: **KASEY HART**, et al.,

| **WRIT OF** | [X] **EXECUTION** (Money Judgment) |
| | [ ] **POSSESSION OF** [ ] **Personal Property** |
| | [ ] **SALE** [ ] **Real Property** |

[x] **Limited Civil Case** [ ] **Small Claims Case**
[ ] **Unlimited Civil Case** [ ] **Other**_____

CASE NUMBER: **C 06-04245 JF**

1. **To the Sheriff or Marshal of the County of:** SONOMA

 You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 669.080 or CCP 715.040.

3. (Name): RECORDING IND ASSOC OF AM
 is the [X] judgment creditor [ ] assignee of record          whose address is shown on this from above the court's name.

4. **Judgment Debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

 ┌─────────────────────────────┐
 KASEY HART
 7575 BATLEY COURT, APT. #11
 SEBASTOPOL CA 95472
 └─────────────────────────────┘

 [ ] Additional judgment debtors on next page

5. **Judgment entered** on *(date):* February 23, 2007

6. [ ] **Judgement renewed** on *(dates):*

7. **Notice of sale** under this writ
 a. [x] has not been requested.
 b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. [ ] This writ is issued on a sister-state judgment.

11. Total judgment . . . . . . . . . . . . . . . $4,920.00

12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . $    0.00

13. Subtotal *(add 11 and 12)* . . . . . . . . . $4,920.00

14. Credits . . . . . . . . . . . . . . . . . . . $4,806.67

15. Subtotal *(subtract 14 from 13)* . . . . . . $   113.33

16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . . . $1,425.94

17. Fee for issuance of writ . . . . . . . . . $    0.00

18. Total *(add 15, 16 and 17)* . . . . . . . . . $1,539.27

19. Levying officer:
 (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of . . . . . . . . . . . $ 0.03
 (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . $

20. [ ] The amounts called for in items 11-19 are different for each debtor These amounts are stated for each debtor on Attachment 20.

[Seal]

Issued on *(date):* JUL 13 2012     Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government code, § 6130.5
www.courtinfo.ca.gov