**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|

Law Office of Steven A. Booska    File # 20080423

Steven A. Booska, SBN 107899
P.O. Box 194650
San Francisco, CA 94119
 TELEPHONE NO: (415) 397-4345    FAX NO: (415) 982-3440
 E-MAIL ADDRESS: stevenb@booskalaw.com
ATTORNEY FOR *(Name):* Plaintiff

[x] ATTORNEY FOR  [x] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**U.S. DISTRICT COURT- NORTHERN DISTRICT**
 STREET ADDRESS: 280 S. FIRST STREET RM 2112
 MAILING ADDRESS:
 CITY AND ZIP CODE: SAN JOSE CA 95113
 BRANCH NAME: SAN JOSE

PLAINTIFF: **RECORDING IND ASSOC OF AM**, et al.,

DEFENDANT: **KASEY HART**, et al.,

| | | | |
|---|---|---|---|
| **WRIT OF** | [X] **EXECUTION (Money Judgment)**<br>[ ] **POSSESSION OF** [ ] **Personal Property**<br>[ ] **SALE** [ ] **Real Property** | CASE NUMBER: C 06-04245 JF | |
| | [X] **Limited Civil Case** [ ] **Small Claims Case**<br>[ ] **Unlimited Civil Case** [ ] **Other** _____ | | |

1. **To the Sheriff or Marshal of the County of:** SONOMA

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server**: You are authorized to serve this writ only in accord with CCP 669.080 or CCP 715.040.

3. **(Name):** RECORDING IND ASSOC OF AM

   is the [X] judgment creditor [ ] assignee of record    whose address is shown on this from above the court's name.

4. **Judgment Debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   KASEY HART
   7575 BATLEY COURT, APT. #11
   SEBASTOPOL CA 95472

   [ ] Additional judgment debtors on next page

5. **Judgment entered on** *(date):* February 23, 2007

6. [ ] **Judgement renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [x] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. [ ] This writ is issued on a sister-state judgment.

11. Total judgment . . . . . . . . . . . . . $4,920.00

12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . $   0.00

13. Subtotal *(add 11 and 12)* . . . . . . . . $4,920.00

14. Credits . . . . . . . . . . . . . . . . $4,806.67

15. Subtotal *(subtract 14 from 13)* . . . . . $ 113.33

16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . . . .$1,425.94

17. Fee for issuance of writ . . . . . . . . .$   0.00

18. Total *(add 15, 16 and 17)* . . . . . . . . $1,539.27

19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of . . . . . . . . . $ 0.03
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . $

20. [ ] The amounts called for in items 11-19 are different for each debtor These amounts are stated for each debtor on Attachment 20.

[Seal]

Issued on *(date):* JUL 13 2012    Clerk, by _Richard W. Wieking_ _____, Deputy

| NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION. |
|---|

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government code, § 6130.5
www.courtinfo.ca.gov