EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| Law Office of Steven A. Booska    File # 20080423<br>Steven A. Booska, SBN 107899<br>P.O. Box 194650<br>San Francisco, CA 94119<br>TELEPHONE NO.: (415) 397-4345    FAX NO: (415) 982-3440<br>E-MAIL ADDRESS: stevenb@booskalaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**U.S. DISTRICT COURT- NORTHERN DISTRICT**
STREET ADDRESS: 280 S. FIRST STREET RM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: SAN JOSE

PLAINTIFF: RECORDING IND ASSOC OF AM, et al.,

DEFENDANT: KASEY HART, et al.,

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF [ ] Personal Property<br>[ ] SALE               [ ] Real Property | CASE NUMBER: C 06-04245 JF |
|---|---|---|
| | | [X] Limited Civil Case   [ ] Small Claims Case<br>[ ] Unlimited Civil Case [ ] Other_____ |

1. **To the Sheriff or Marshal of the County of:** SONOMA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 669.080 or CCP 715.040.
3. (Name): RECORDING IND ASSOC OF AM
   is the [X] judgment creditor [ ] assignee of record    whose address is shown on this from above the court's name.

4. **Judgment Debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address)*:

   KASEY HART
   7575 BATLEY COURT, APT. #11
   SEBASTOPOL CA 95472

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date)*: February 23, 2007
6. [ ] **Judgement renewed** on *(dates)*:

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

[Seal]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . $4,920.00
12. Costs after judgment (per filed order or
    memo CCP 685.090) . . . . . . . . . $ 165.00
13. Subtotal *(add 11 and 12)* . . . . . . . . $5,085.00
14. Credits . . . . . . . . . . . . . . . . . . . . $4,997.68
15. Subtotal *(subtract 14 from 13)* . . . . . $   87.32
16. Interest after judgment (per filed affidavit
    CCP 685.050) (not on GC 6103.5 fees) . . . . .$2,161.98
17. Fee for issuance of writ . . . . . . . . . .$   25.00
18. Total *(add 15, 16 and 17)* . . . . . . . . $2,274.30
19. Levying officer:
    (a) Add daily interest from date of writ
        (at the legal rate on 15) (not on
        GC 6103.5 fees) of .10% . . . . . . . . $    0.02
    (b) Pay directly to court costs included in
        11 and 17 (GC 6103.5, 68637;
        CCP 699.520(i)) . . . . . . . . . . . $    0.00
20. [ ] The amounts called for in items 11-19 are different for each debtor
    These amounts are stated for each debtor in Attachment 20.

RICHARD W. WIEKING

Issued on *(date)*: OCT 03 2013     Clerk, by __Gordana Macic__, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government code, § 6130.5
www.courtinfo.ca.gov